# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2021

161888

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

PATRICK EUGENE SCARBERRY,
     Defendant-Appellant.

_____/

Bridget M. McCormack,
*Chief Justice*

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
*Justices*

SC: 161888
COA: 353352
St Joseph CC: 12-018185-FH

On order of the Court, the application for leave to appeal the June 29, 2020 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2021



Clerk

b0524